**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF UTAH, NORTHERN DIVISION**

| | |
|---|---|
| JOHN PALMER and JENNIFER KULAS,<br><br>              Plaintiffs,<br>      v.<br><br>KLEARGEAR.com,<br><br>              Defendant. | **[PROPOSED]**<br><br>**ORDER RESCHEDULING HEARING**<br><br>Case No. 1:13-cv-00175<br><br>Judge Dee Benson |

The hearing to determine damages in this case, currently set for June 4, 2014, at 3 p.m., is hereby rescheduled for the ____ of _____, 2014, at _____ a.m./p.m.

Dated this ____ day of _____, 2014.

_____
Judge Dee Benson