## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| JOHN PALMER and JENNIFER KULAS,<br><br>      Plaintiffs,<br>  v.<br><br>KLEARGEAR.com,<br><br>      Defendant. | [PROPOSED]<br><br>**ORDER AWARDING<br>ATTORNEYS' FEES**<br><br>Case No. 1:13-cv-00175<br><br>Judge Dee Benson |

Whereas this Court has previously determined that because Plaintiffs have prevailed in this action, "the costs of the action together with reasonable attorney's fees as determined by the court," 15 U.S.C. § 1681n(a)(3), shall be awarded to Plaintiffs,

Whereas Plaintiffs timely moved for fees in accordance with this Court's prior orders and with the support of appropriate declarations, affidavits and exhibits,

Whereas Plaintiffs timely submitted a bill of costs with appropriate supporting documentation,

It is hereby ORDERED, ADJUDGED, and DECREED that, in addition to its liability on the merits of Plaintiffs' claims in accordance with this Court's order of June 27, 2014, KlearGear.com is also liable to Plaintiffs in the amount of $47,596.86 for fees and expenses and $415 in court costs, for a total fee and cost award of $48,011.86.

Dated this 27th day of August, 2014.

Hon. Dee Benson
United States District Judge