Scott Michelman, D.C. Bar No. 1006945 (admitted pro hac vice)
Paul Alan Levy
Public Citizen Litigation Group
1600 20th St. NW
Washington, DC 20009
(202) 588-1000
smichelman@citizen.org

Lester A. Perry, Utah Bar No. 02571
Hoole & King
4276 South Highland Drive
Salt Lake City, UT 84124
(801) 272-7556
lap@hooleking.com

*Counsel for Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| JOHN PALMER and JENNIFER KULAS,<br><br>           Plaintiffs,<br><br>v.<br><br>KLEARGEAR.com,<br><br>           Defendant. | **ASSIGNMENT OF JUDGMENT**<br><br>Case No. 1:13-cv-00175<br><br>Judge Dee Benson |

We, John Palmer and Jennifer Kulas, hereby declare:

1. By orders signed on April 30, June 27, and August 27, 2014, the Court has granted us a default judgment in this case against defendant KlearGear.com.

2. The monetary portion of the judgment consists of $306,750 in damages and $48,011.86 in attorneys' fees and costs for a total of $354,761.86 ("the Judgment").

3. No money has been paid by the defendant to us in satisfaction of the Judgment.

4. For good and sufficient consideration as agreed to by separate contract, we hereby transfer, and assign all title, rights, ownership, and interest in the Judgment to The Law Offices of Ronald P. Slates, P.C., 523 West 6th Street, Suite 502, Los Angeles, CA 90014-1225 ("Assignee"), and authorize Assignee to recover, enforce or settle the Judgment.

Signed this 9th day of January, 2015, in the City of Beaverton, Oregon,

by:

_____   _____
John Palmer                      Jennifer Kulas

OFFICIAL STAMP
LORI K VON WALD
NOTARY PUBLIC - OREGON
COMMISSION NO. 922844
MY COMMISSION EXPIRES JANUARY 09, 2018

before me, John Palmer & Jennifer Kulas, Notary Public.

Executed on the 9th day of January, 2015.

_____
Notary Public

2