FILED
U.S. DISTRICT COURT

2015 FEB 17  P 3: 17

DISTRICT OF UTAH

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| JOHN PALMER and JENNIFER KULAS,<br><br>Plaintiffs,<br>v.<br><br>KLEARGEAR.com,<br><br>Defendant. | ORDER APPROVING ASSIGNMENT OF JUDGMENT<br>[PROPOSED]<br><br>Case No. 1:13-cv-00175<br><br>Judge Dee Benson |

Based upon the motion of the plaintiffs for the Court to approve the assignment to The Law Offices of Ronald P. Slates, P.C., of the Orders entered in this matter on July 1, 2014 as the Court's Order Awarding Damages Upon Default Judgment and entered on August 28, 2014 as the Court's Order Awarding Attorney's Fees, which Orders constitute the judgment, the Court hereby approves the assignment.

Dated this 17th day of February, 2015.

By the Court:

_____
Dee Benson
United States District Judge